# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00570-CV

**Rodrick Walker and Donna Johnson, Appellants**

**v.**

**Texas Home Step, LLC, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
### NO. C-1-CV-13-003659, HONORABLE ERIC SHEPPERD, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Appellants filed their notice of appeal on August 20, 2013, and the clerk's record was filed on October 18, 2013. On February 19, 2014, after this Court granted appellants' trial attorney's motion to withdraw, we sent appellants notice that the court reporter had not received a request for the record. We informed appellants that if they did not make arrangements to pay for the record or otherwise respond by March 3, we would consider the appeal without the reporter's record, in which case appellants' brief would be due March 21. The reporter's record was not filed and appellants did not respond to our notice or file a brief. On April 8, we sent appellants notice that their brief was overdue, informing them that if they did not respond by April 18, the appeal would be subject to dismissal. To date, appellants have not responded in any way to our notices. We therefore dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

David Puryear, Justice

Before Justices Puryear, Goodwin, and Field

Dismissed for Want of Prosecution

Filed:   May 9, 2014